# EXHIBIT A

[redacted]

[redacted]

[redacted]

[redacted]

---

**From:** STI Computer Services <NoReply@sticomputer.com>
**Sent:** Wednesday, February 21, 2024 3:59 PM
**Subject:** STI Computer Services - Change Healthcare Issues - Update

Attention STI Users:

Below is the latest update posted on Change Healthcare/Optum Solution Status page:

"Change Healthcare is experiencing a network interruption related to a cyber security issue and our security experts are working to address the matter. The disruption is expected to last at least through the day. We will provide updates as more information becomes available."

We highly recommend saving the Optum Solution Site as a bookmark in your web browser and subscribing to their status updates.

Here is the link for your reference:
https://na01.safelinks.protection.outlook.com/?url=https%3A%2F%2Fstatus.changehealthcare.com%2F&data=05%7C02%7C%7Cdd9959f214364cb5a27008dc332019f2%7C84df9e7fe9f640afb435aaaaaaaaaaaa%7C1%7C0%7C638441460172499534%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C0%7C%7C%7C&sdata=d%2FL5KrjEWC02OFSLPECC7ycWnjX6nX57K%2BnyXzapBT4%3D&reserved=0

Sincerely,
STI Computer Services, Inc.
This message is intended for the sole use of the individual and entity to whom it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended

addressee, nor authorized to receive for the intended addressee, you are hereby notified that you may not use, copy, disclose or distribute to anyone the message or any information contained in the message. If you have received this message in error, please immediately advise the sender by reply email and delete the message. Thank you. STI Computer Services

# EXHIBIT B

[redacted]

[redacted] [redacted]

[redacted]

[redacted]

---

**From:** STI Computer Services <NoReply@sticomputer.com>
**Sent:** Thursday, February 22, 2024 8:31 AM
**Subject:** STI Computer Services - Change Healthcare Issues - Update

Attention STI Users:

Below is the latest update as posted on Change Healthcare/Optum Solution Status page as of Thursday, 02/22/2024, 07:57 EST:

"Change Healthcare is experiencing a network interruption related to a cyber security issue and our experts are working to address the matter. Once we became aware of the outside threat, in the interest of protecting our partners and patients, we took immediate action to disconnect our systems to prevent further impact. The disruption is expected to last at least through the day. We will provide updates as more information becomes available."

We highly recommend saving the Optum Solution Site as a bookmark in your web browser and subscribing to their status updates.

Here is the link for your reference: https://na01.safelinks.protection.outlook.com/?url=https%3A%2F%2Fstatus.changehealthcare.com%2F&data=05%7C02%7C%7C8fb84c1c3d9f4c7a3c9808dc33aa9b0b%7C84df9e7fe9f640afb435aaaaaaaaaaaa%7C1%7C0%7C638442055033045907%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C0%7C%7C%7C&sdata=PrbhaFOjFr2IEhfF133ul2IN8sOUI0UY7lmjR%2Bbf%2Bx8%3D&reserved=0

Sincerely,
STI Computer Services, Inc.

This message is intended for the sole use of the individual and entity to whom it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended addressee, nor authorized to receive for the intended addressee, you are hereby notified that you may not use, copy, disclose or distribute to anyone the message or any information contained in the message. If you have received this message in error, please immediately advise the sender by reply email and delete the message. Thank you. STI Computer Services

# EXHIBIT C

[redacted]

[redacted]

[redacted]

[redacted]

**From:** STI Computer Services <NoReply@sticomputer.com>
**Sent:** Monday, February 26, 2024 5:46 PM
**Subject:** STI Computer Services - Change Healthcare Service Outage Update

Dear STI Client,

We are sure you are aware that Change Healthcare systems remain offline. This has impacted the whole healthcare industry. We know how concerned you are about not being able to submit your claims for processing, retrieve remittances, and check eligibility. We have been looking into alternative clearinghouse options if Change Healthcare is unable to restore their services soon. We are aware that other clearinghouses have been reaching out to you directly offering their services to fill this need. However, if an alternative clearinghouse is chosen, it will not be a quick, seamless change. For instance, Medicare, Medicaid, and the Blue Cross Blue Shield payers require enrollments when changing clearinghouses. Also, some payers have exclusive contracts with Change Healthcare whereby claims would still have to pass through Change Healthcare's system no matter which clearinghouse they were transmitted through. Therefore, those claims would not be processed until Change Healthcare is back online again. As we move forward, we want to be transparent about the process, and obstacles, for changing to a different clearinghouse.

As a Healthcare vendor using Change Healthcare's services, we have been invited to a webcast call late tomorrow, Tuesday, February 27, 2024, given by the CEO of UnitedHealth Group and other executives. They plan to provide information about the service restoration. We are hoping they will provide a time frame for bringing Change Healthcare's systems online again.

Thank you for your patience as we work through this difficult situation.

Sincerely,
STI Computer Services
This message is intended for the sole use of the individual and entity to whom it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended addressee, nor authorized to receive for the intended addressee, you are hereby notified that you may not use, copy, disclose or distribute to anyone the message or any information contained in the message. If you have received this message in error, please immediately advise the sender by reply email and delete the message. Thank you. STI Computer Services

# EXHIBIT D

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

**From:** STI Computer Services <digitalcontent@sticomputer.com>
**Sent:** Wednesday, March 20, 2024 4:29 PM
**To:** rsantiagofca@outlook.com <rsantiagofca@outlook.com>
**Subject:** STI Computer Services Announces Waystar New Clearinghouse Option

View [redacted]

# STI Computer Services Announces Waystar New Clearinghouse Option

Dear STI Client,

In our previous communication, on Tuesday, March 19, 2024, we announced that we had signed a partnership agreement with Waystar to provide you with an alternative clearinghouse option due to the uncertainty of when Change Healthcare's claims processing services will be fully restored. This communication is to provide you with pricing details and enrollment opportunities for the Waystar

platform.

The Waystar clearinghouse platform includes electronic claim submission, remittance, and eligibility verification, and a portal to monitor claim status, similar to the Change Healthcare Vision portal. Pricing is transaction based, and you will be invoiced monthly for usage charges. The following lists the cost for each transaction type:

- Claims: $0.11
- Remittance (ERA): $0.04
- Eligibility Verification: $0.14

To maintain these price levels, we are requiring a 3-year agreement when enrolling for the Waystar platform. Also note, enrollments may be necessary for some payers to submit through the Waystar platform.

To access the Waystar Payer List, click **here**.

To begin the enrollment process, click **here**.

Sincerely,
STI Computer Services, Inc.

Share

Tweet

Forward

*Copyright © 2024 STI Computer Services, All rights reserved.*
You are receiving this email because you opted in at our website.

**Our mailing address is:**
STI Computer Services
2700 Van Buren Ave
Eagleville, PA 19403-2341

Add us to your address book

Want to change how you receive these emails?
You can update your preferences or unsubscribe from this list.

# EXHIBIT E

[redacted]

---

[redacted]

[redacted]

[redacted]

---

[redacted]

---

**From:** STI Computer Services <NoReply@sticomputer.com>
**Sent:** Wednesday, March 27, 2024 12:34 PM
**Subject:** STI Computer Services – Change Healthcare Update

Dear Valued STI Client,

In a call with our Change Healthcare representative yesterday, we learned more about the timeline for restoration of the Change Healthcare clearinghouse platform we are on, referred to as the OKC Emdeon platform. They estimate that it will be three to four weeks before they begin working on restoration, which would be the end of April. Restoration will require a different means for connection than before, with new passwords to connect and multi-factor authentication in place. When the time comes to begin restoration, Change Healthcare will reach out to STI to let us know when the process will begin. There are three phases to the restoration process:

1. Connection to payers and users

2. Testing

3. Resumption of services

Last week we notified you about our new clearinghouse option with Waystar. We are currently working with Waystar to setup and connect those clients that have already enrolled and will notify them directly when their account is established and provide their credentials. If you haven't signed up and sent in your agreement you can do that here: https://na01.safelinks.protection.outlook.com/?url=https%3A%2F%2Fsticomputer.com%2Fwaystar-enrollment-deactivation%2F%231710855456237-6822b76d-99ad&data=05%7C02%7C%7Ce69f7581bda641c29c4608dc4e7bc0f7%7C84df9e7fe9f640afb435aaaaaaaaaaaa%7C1%7C0%7C638471540621021542%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C0%7C%7C%7C&sdata=oOVbyiH6IHNDIeWNronGzZnJfIo4mEpZrIs0FlzKWdM%3D&reserved=0

Sincerely,
STI Computer Services

This message is intended for the sole use of the individual and entity to whom it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended addressee, nor authorized to receive for the intended addressee, you are hereby notified that you may not use, copy, disclose or distribute to anyone the message or any information contained in the message. If you have received this message in error, please immediately advise the sender by reply email and delete the message. Thank you. STI Computer Services

# EXHIBIT F

[redacted]

---

[redacted]

[redacted]

[redacted]

---

[redacted]

---

**From:** STI Computer Services <digitalcontent@sticomputer.com>
**Sent:** Monday, April 1, 2024 11:14 AM
**To:** richsan30@msn.com <richsan30@msn.com>
**Subject:** STI Computer Services - Welcome to the Waystar Portal

View this email in your browser

# Welcome to the Waystar Portal

Dear STI / Waystar Client,

Soon you will receive two emails from waystar@sticomputer.com to setup your Waystar account. Once you activate your account, reference the process outlined below to get started with your Waystar Portal.

**Account Setup**

- Log in to your portal based on the information sent to you from STI (waystar@sticomputer.com) in Email 1 and Email 2.
- Change your password, set up your security questions, and set up your default home page (Claims/Dashboard).

- To add more user access, go to **Account** > **Security** > **Users**, and then click **New User**. Waystar has detailed instructions on setting up permissions and adding account information.
- Each user will have to change their password, set up security questions, and set their default home page.
- We recommend you access the **Support and Training** section and search for ***How do I add a new user***?

**Practice & Provider Setup**

- For offices billing as a group, add your practice information. Do not add providers.
- For offices billing by provider, add the applicable provider information.
- Please refer to the Add and Edit Provider Information on the Waystar Portal document found on the Waystar Clearinghouse page of sticomputer.com.

**Enrollment**

- We recommend reviewing the video on how to set up the required enrollments for your office. Typically, enrollments are required for commercial ERA, Medicare claims and ERA, Medicaid claims and ERA, and certain Blue Cross Blue Shield claims and ERA.
- To familiarize yourself with the enrollment process, please refer to the Create Enrollment Requests on the Waystar Portal document found on the Waystar Clearinghouse page of sticomputer.com. We encourage you to attend Waystar's webinar on Enrollments which you can register for via the Waystar portal.

**Practice Manager Settings**

- Your office must update to Practice Manager **version 6.7.9.454** or greater. (Do note, that STI handles the upgrade for Cloud offices.)
- Your SFTP credentials will be activated as we make the transition in Practice Manager to the Waystar settings. More details are forthcoming.

STI is planning on a series of training webinars to assist your office in the Waystar transition. Keep an eye on your email for future webinar invitations.

Sincerely,
STI Computer Services

Share

Tweet

Forward

*Copyright © 2024 STI Computer Services, All rights reserved.*
You are receiving this email because you opted in at our website.

**Our mailing address is:**
STI Computer Services
2700 Van Buren Ave
Eagleville, PA 19403-2341

Add us to your address book

Want to change how you receive these emails?
You can update your preferences or unsubscribe from this list.